United States District Court
District of Massachusetts

|  |  |
|---|---|
| ARBORJET, INC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 14-14129-NMG |
| RAINBOW TREECARE SCIENTIFIC ) | |
| ADVANCEMENTS, INC., ) | |
| ) | |
| Defendant. ) | |

### MEMORANDUM & ORDER

GORTON, J.

Because one of the conflicting criminal cases mentioned in this Court's Memorandum and Order dated September 30, 2015 (Docket No. 132) has been resolved and the other is scheduled for a change of plea on Friday, October 23, 2015, counsel are hereby notified that the trial in this case is tentatively rescheduled to commence on Monday, November 2, 2015 at 9:00 A.M. in Courtroom 4 of the Moakley Courthouse.

The Court will notify the parties of final confirmation of the new trial date as soon as the conflicting criminal case is finally resolved. In the meantime, the following pretrial deadlines are established:

-2-

| Event | Date |
|---|---|
| Exhibit list, witness list, proposed jury instructions and proposed voir dire | Mon., October 26, 2015 |
| Objections to exhibit and witness lists and proposed verdict form | Wed., October 28, 2015 |
| Final pretrial conference | Thurs., October 29, 2015, 3:30 P.M. |
| Trial | Mon., November 2, 2015, 9:00 A.M. |

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated October 21, 2015