UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARBORJET, INC.<br><br>Plaintiff,<br><br>v.<br><br>RAINBOW TREECARE SCIENTIFIC ADVANCEMENTS, INC.<br><br>Defendant. | CIVIL ACTION NO. 1:14-CV-14129 |

### MOTION FOR RELEASE OF PRELIMINARY INJUNCTION BOND

Plaintiff Arborjet, Inc. hereby submits this Motion for Release of Preliminary Injunction Bond.

This Court entered a preliminary injunction in favor of Arborjet on December 3, 2014, finding that Arborjet was likely to succeed on the merits of its breach of contract claim against Rainbow. The injunction ordered Rainbow to immediately cease and desist selling, distributing or marketing ArborMectin. At that time, the Court ordered that Arborjet post a bond in the amount of $500,000, which order Arborjet complied with on December 5, 2014. On September 30, 2015 due to delays in commencement of the trial in this matter, this Court ordered that Arborjet increase the bond amount to $750,000, and Arborjet complied with that order on October 6, 2015.

A jury trial on Arborjet's breach of contract claim against Rainbow was conducted between November 2 and November 10, 2015. The jury found that Rainbow had breached its contract with Arborjet, breached the covenant of good faith and fair dealing, and awarded Arborjet damages. (Doc. 182, Verdict Form). This Court entered judgment on November 10,

*Motion allowed. /s/ NMGorton, USDJ 5/24/16*